FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUANTA TELECOMMUNICATION SOLUTIONS, LLC, f/k/a QUANTA TELECOMMUNICATION SERVICES, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>TDS METROCOM, LLC,<br><br>      Defendant. | No. 2:22-CV-00165-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice and Without Costs, ECF No. 5. Plaintiff states that it is voluntarily dismissing the action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court accepts the notice of dismissal and dismisses this case.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned matter is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 15th day of August 2022.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE # 2**